# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Fannie Cameron, ) | |
| ) | |
| *Plaintiff,* ) | Civil Action File No.: |
| ) | 1:21-cv-00870-LMM-JCF |
| v. ) | |
| ) | |
| Direct Recovery Services, LLC, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## **REQUEST FOR CLERK'S ENTRY OF DEFAULT**

COMES NOW Plaintiff, Fannie Cameron, and requests that the Clerk of Court enter default against Defendant, Direct Recovery Services, LLC, pursuant to the FED. R. CIV. P. 55(a). In support of this request, Plaintiff states the following:

1. The Complaint was filed on March 2, 2021. [Doc. #1]

2. The Summons was filed on April 14, 2021. [Doc. #6]

3. Defendant, Direct Recovery Services, LLC was served with a copy of the Summons and the Complaint on April 16, 2021. [Doc. #7]

4. Defendant, Direct Recovery Services, LLC's Answer was due on May 7, 2021.

5. Defendant, Direct Recovery Services, LLC has failed to Answer, or otherwise defend, within the time allowed and is now in default.

WHEREFORE, Plaintiff requests that the Clerk of Court enter default against Defendant, Direct Recovery Services, LLC.

Submitted this 24th day of May, 2021.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com
Telephone: (404) 235-3334

2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Plaintiff's Attorney*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Fannie Cameron, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action File No.: |
| | ) | 1:21-cv-00870-LMM-JCF |
| v. | ) | |
| | ) | |
| Direct Recovery Services, LLC, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## [PROPOSED] CLERK'S ENTRY OF DEFAULT

Plaintiff, Fannie Cameron, requests that the Clerk of Court enter default against Defendant, Direct Recovery Services, LLC, pursuant to the FED. R. CIV. P. 55(a). It appearing from the record that Defendant Direct Recovery Services, LLC has failed to appear, plead or otherwise defend, the default of Defendant Direct Recovery Services, LLC is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

This 24th day of May, 2021.

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2021, I caused a copy of the foregoing Request for Clerk's Entry of Default and proposed Clerk's Entry of Default to be placed in a postage-paid envelope addressed to Defendant Direct Recovery Services, LLC, and deposited said envelope in the United States mail:

Direct Recovery Services, LLC
c/o Incorp Services, Inc.
9040 Roswell Road, Suite 500
Atlanta, Georgia 30350

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663

*Plaintiff's Attorney*